## Woods *ads*. Dill.

MOTION by defendant for costs because plaintiff did not try the cause at the circuit after he had noticed it. It was objected because the failure was owing to the defendant himself, who, when the plaintiff was prepared to go on, took exception to the *jury procefs*, which the plaintiff himself acknowledged to be void.

*Per Curiam.* The defect of the procefs was the plaintiff's mistake, and the defendant was certainly under no obligation to come to trial on it, nor had plaintiff any right to demand it of him.

Let the defendant take the effect of his motion.